1  Denise B Haley
   Attorney at Law: 143709
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-5491
   E-mail: rohlfing_office@speakeasy.net
5
   Attorneys for Plaintiff
6  Ms. Phyllis Garcia

7

8  **UNITED STATES DISTRICT COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA**

10

11  PHYLLIS GARCIA,                    ) Case No.: CV 08-04840 MLG
                                        )
12          Plaintiff,                  ) ~~PROPOSED~~ ORDER AWARDING
                                        ) EQUAL ACCESS TO JUSTICE ACT
13      vs.                             ) ATTORNEY FEES PURSUANT TO
                                        ) 28 U.S.C. § 2412(d)
14  MICHAEL J. ASTRUE,                  )
    Commissioner of Social Security,    )
15                                      )
            Defendant                   )
16                                      )
                                        )
17

18      Based upon the parties' Stipulation for the Award and Payment of Equal

19  Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to

20  Lawrence D. Rohlfing, as Plaintiff's assignee and subject to the reservation of

21  rights, the amount of $4,500.00, as authorized by 28 U.S.C. § 2412(d), subject to

22  the terms of the above-referenced Stipulation.

23  DATE: July 16, 2009

24  _____
25  THE HONORABLE MARC L. GOLDMAN
    UNITED STATES MAGISTRATE JUDGE
26

-1-